# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN GAS ASSOCIATION, AMERICAN PUBLIC GAS ASSOCIATION, SPIRE INC., SPIRE ALABAMA INC., SPIRE MISSOURI INC., AND THERMO PRODUCTS, LLC, <br><br> *Petitioners,* <br><br> v. <br><br> U.S. DEPARTMENT OF ENERGY AND JENNIFER GRANHOLM, SECRETARY, U.S. DEPARTMENT OF ENERGY, <br><br> *Respondents.* | No. 22-1030 |

## PETITIONERS' NON-BINDING STATEMENT OF ISSUES

Pursuant to this Court's Order of February 28, 2022, American Gas Association, American Public Gas Association, Spire Inc., Spire Alabama Inc., Spire Missouri Inc., and Thermo Products, LLC (collectively, "Petitioners") hereby submit the following non-binding Statement of Issues.

1. Whether the Department of Energy's ("DOE") final rule, *"Energy Conservation Program for Appliance Standards: Energy Conservation Standards for Residential Furnaces and Commercial Water Heaters,"* 86

Fed. Reg. 73947 (December 29, 2021), Docket No. EERE–2018–BT–STD–0018, RIN 1904–AE39 (the "Final Rule"), is unlawful and should be set aside because DOE's conclusion that a standard resulting in the unavailability of atmospherically-vented gas products, such as residential furnaces and commercial water heaters, would not result in the unavailability "in any product type (or class) of performance characteristics" within the meaning of 42 U.S.C. §§ 6295(o)(4) and 6313(a)(6)(B)(iii)(II)(aa) was arbitrary and capricious or not in accordance with law.

2. Whether the Final Rule is unlawful and should be set aside because DOE's decision to reverse its previous final rule, *Energy Conservation Program for Appliance Standards: Energy Conservation Standards for Residential Furnaces and Commercial Water Heaters*, 86 Fed. Reg. 4776 (January 15, 2021), was arbitrary and capricious or not in accordance with law.

3. Whether DOE's conclusion that differences in venting requirements or methods of venting, including differences in the compatibility of products with existing venting systems, do not justify separate product or equipment classes for atmospherically vented residential furnaces or commercial water heaters under 42 U.S.C. §§ 6295(q)(1) or 6316(a) was unlawful and should be set aside because it was arbitrary and capricious or not in accordance with law.

4. Whether the Final Rule is unlawful and should be set aside because it was adopted without procedure required by law or is otherwise arbitrary and capricious, or not in accordance with law.

Respectfully submitted,

/s/ *John P. Gregg*
JOHN P. GREGG
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West
Washington, DC 20005
(202) 753-3400
jgregg@mccarter.com

*Counsel for the American Public Gas Association*

/s/ *Matthew J. Agen*
MATTHEW J. AGEN
MICHAEL L. MURRAY
American Gas Association
400 North Capitol Street, N.W.
Washington, DC 20001
(202) 824-7000
MAgen@aga.org
MMurray@aga.org

*Counsel for the American Gas Association*

/s/ *Barton Day*
BARTON DAY
Law Offices of Barton Day, PLLC
10645 N. Tatum Blvd.
Suite 200-508
Phoenix, AZ 85028
(602) 795-2800
bd@bartondaylaw.com

*Counsel for Spire Inc., Spire Alabama Inc, and Spire Missouri Inc.*

/s/ *Samantha L. Fugagli*
SAMANTHA L. FUGAGLI
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
(717) 237-5446
sfugagli@mcneeslaw.com

*Counsel for Thermo Products LLC*

Dated: March 30, 2022

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25(a) of this Court, I certify that on this March 30, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

/s/ *Matthew J. Agen*
MATTHEW J. AGEN
American Gas Association
400 North Capitol Street, N.W.
Washington, DC 20001
Telephone: (202) 824-7000
MAgen@aga.org

Dated: March 30, 2022