**ORAL ARGUMENT NOT YET SCHEDULED**

No. 22-1030 (consolidated with 23-1285 and 23-1337)

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN GAS ASSOCIATION, *et al.*,

*Petitioners*,

*v.*

U.S. DEPARTMENT OF ENERGY, *et al.*,

*Respondents*,

CITY OF NEW YORK, *et al.*,

*Respondent-Intervenors*.

_____

On Petition for Review of Final Rules
of the U.S. Department of Energy

_____

**UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA FOR LEAVE TO FILE BRIEF AS
*AMICUS CURIAE* IN SUPPORT OF PETITIONERS**

_____

(Names and addresses of counsel appear inside cover.)

Date: April 16, 2024

Andrew R. Varcoe
Stephanie A. Maloney
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062

Jeremy C. Marwell
Nathan Campbell
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com
Email: ncampbell@velaw.com

*Counsel for Proposed* Amicus Curiae
*the Chamber of Commerce of the United States of America*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 27(a)(4), the Chamber of Commerce of the United States of America ("Chamber"), through undersigned counsel, certifies as follows:

The Chamber states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

Date: April 16, 2024

Respectfully submitted,
*/s/ Jeremy C. Marwell*

Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Proposed* Amicus Curiae

## UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* SUPPORTING PETITIONERS

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and D.C. Circuit Rule 29(b), the Chamber of Commerce of the United States of America ("Chamber") respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of Petitioners.[1] In support of this Motion, the Chamber states as follows:

1.  The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than 3 million companies and professional organizations of every size, in every industry sector, and from every region of the country. An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts. To that end, the Chamber regularly files *amicus curiae* briefs in cases, like this one, that raise issues of concern to the nation's business community.

2.  Many of the Chamber's members manufacture (or contribute to the manufacture of), sell, or use products subject to energy and water efficiency standards promulgated by the Department of Energy ("DOE") pursuant to the

_____

[1] Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), the Chamber states that no counsel for any party authored this brief in whole or in part and no entity or person, aside from the Chamber, its members, or its counsel, made any monetary contribution intended to fund the preparation or submission of this brief.

Energy Policy and Conservation Act ("EPCA"), as amended. The Chamber therefore has a strong interest in ensuring that DOE complies with EPCA, particularly the provisions in that statute that prohibit DOE from issuing energy-efficiency standards that would eliminate from U.S. markets existing products that consumers want, or that otherwise involve the agency picking product winners and losers at the expense of functionality and consumer choice. Proper interpretation of those statutory provisions, consistent with their ordinary meaning, is critical to avoiding regulatory upheaval and respecting the preservation of consumer choice enshrined in EPCA. The Chamber's proposed *amicus curiae* brief accordingly highlights the broader negative effects of DOE's challenged rules, including the legal principles underlying the same. The Chamber's proposed brief explains that those rules not only violate EPCA, but invite efforts to eliminate a broad range of valuable products—an outcome that would disrupt settled consumer and manufacturer expectations, increase regulatory uncertainty, and decrease consumer choice.

3.    Federal Rule of Appellate Procedure 29(a)(3)(B) contemplates that the Court may grant leave to file an *amicus curiae* brief upon a showing that the brief is "desirable" and that "the matters asserted are relevant to the disposition of the case." *Cf. Washington All. of Tech. Workers v. U.S. Dep't of Homeland Sec.*, 50 F.4th 164, 193 (D.C. Cir. 2022) (district courts have discretion to "allow amicus briefs when they provide unique information or perspective that can help the court beyond the

help that the lawyers for the parties are able to provide" (cleaned up)). As described herein, the Chamber has a significant interest in, and can offer a unique and broader perspective on, the issues presented in this case. Moreover, consistent with the Chamber's unique perspective on issues of interest to the broader business community, this Court regularly grants the Chamber leave to file briefs as *amicus curiae*. *See, e.g.*, Order, *Elec. Energy, Inc. v. EPA*, No. 22-1056 (D.C. Cir. Dec. 23, 2022), ECF No. 1979040 (granting leave to Chamber to file *amicus* brief); Order, *UPS Ground Freight, Inc. v. NLRB*, No. 18-1161 (D.C. Cir. Nov. 5, 2018), ECF No. 1758609 (same).

4.    Pursuant to this Court's Rule 29(a), the Chamber has endeavored to avoid duplication with arguments advanced in Petitioners' brief. And consistent with this Court's Rule 29(d), the Chamber is not aware of any other *amicus curiae* brief addressing the topics in its proposed brief: i.e., the broader implications, for U.S. consumers, manufacturers, and businesses, of the legal principles at issue in this case.

5.    This brief complies with the requirements of Federal Rule of Appellate Procedure 29 and this Court's rules. It is appropriately concise (at less than half the length allowed for a petitioner's opening brief), and is timely filed (within seven days of the principal brief of the party being supported, and in compliance with the deadline established in this Court's rules).

6.    The Chamber is authorized to represent that Petitioners and federal Respondents consent to the filing of this brief. In response to the Chamber's request for consent to file, Respondent-Intervenors indicated that they take no position on the Chamber's filing.

For the reasons set forth above, the Chamber respectfully requests that this Court accept and file the attached *amicus curiae* brief.


Date: April 16, 2024                                    Respectfully submitted,

                                                         /s/ Jeremy C. Marwell

Andrew R. Varcoe                                    Jeremy C. Marwell
Stephanie A. Maloney                                Nathan Campbell
U.S. Chamber Litigation Center                      VINSON & ELKINS LLP
1615 H Street, NW                                   2200 Pennsylvania Avenue, NW
Washington, DC 20062                                Suite 500 West
                                                    Washington, DC 20037
                                                    Phone: 202.639.6507
                                                    Email: jmarwell@velaw.com
                                                    Email: ncampbell@velaw.com


*Counsel for Proposed* Amicus Curiae
*the Chamber of Commerce of the United States of America*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1), the Chamber of Commerce of the United States of America ("Chamber") submits this certificate as to parties, rulings, and related cases.

### A.    PARTIES AND AMICI

Except for the following, all parties, intervenors, and *amici* appearing in this Court are listed in the certificate filed by Petitioners the American Gas Association; the American Public Gas Association; the National Propane Gas Association; Thermo Products, LLC; Spire, Inc.; Spire Alabama Inc.; and Spire Missouri Inc.

The Chamber of Commerce of the United States of America is submitting this *amicus* brief in support of Petitioners.

### B.    RULINGS UNDER REVIEW

References to the rulings at issue appear in the certificate filed by Petitioners.

### C.    RELATED CASES

Related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C) are listed in the certificate filed by Petitioners. The Chamber is not aware of any additional related cases within the meaning of Rule 28(a)(1)(C).

Date: April 16, 2024

Respectfully submitted,
*/s/ Jeremy C. Marwell*

Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Proposed* Amicus
Curiae

# CERTIFICATE OF COMPLIANCE

1.     This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 788 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

2.     This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Date: April 16, 2024

Respectfully submitted,
*/s/ Jeremy C. Marwell*

Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Proposed* Amicus Curiae

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that, on April 16, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Date: April 16, 2024

Respectfully submitted,
*/s/ Jeremy C. Marwell*

Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Proposed* Amicus Curiae