No. 22-1030                            September Term, 2025
FILED ON: NOVEMBER 4, 2025

AMERICAN GAS ASSOCIATION, ET AL.,
        PETITIONERS

v.

UNITED STATES DEPARTMENT OF ENERGY AND JENNIFER M. GRANHOLM, SECRETARY, U.S. DEPARTMENT OF ENERGY,
        RESPONDENTS

CITY OF NEW YORK, ET AL.,
        INTERVENORS

Consolidated with 23-1285, 23-1337

On Petitions for Review of Final Rules
of the U.S. Department of Energy

Before: PILLARD, WILKINS and RAO, *Circuit Judges*

**J U D G M E N T**

These causes came to be heard on the petitions for review of final rules of the U.S. Department of Energy and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                BY:     /s/

                                          Michael C. McGrail
                                          Deputy Clerk

Date: November 4, 2025

Opinion for the court filed by Circuit Judge Wilkins.
Dissenting opinion filed by Circuit Judge Rao.