No. 22-1030                            September Term, 2025

DOE-86FR73947
DOE-88FR69686
DOE-88FR87502

Filed On: November 4, 2025 [2143685]

American Gas Association, et al.,

       Petitioners

     v.

United States Department of Energy and
Chris Wright, Secretary, U.S. Department
of Energy,

       Respondents

------------------------------

City of New York, et al.,
       Intervenors

------------------------------

Consolidated with 23-1285, 23-1337

# O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                 BY:    /s/
                                                     Michael C. McGrail
                                                     Deputy Clerk