**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN GAS ASSOCIATION, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, et al.,<br><br>*Respondents*. | No. 22-1030<br>& consol. cases |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Jolie McLaughlin withdraws her appearance as counsel for Respondent-Intervenor Natural Resources Defense Council ("NRDC") in the above-captioned case. The basis for the withdrawal is that Ms. McLaughlin will no longer be employed by NRDC as of September 5, 2026. NRDC will continue to be represented by Adeline Rolnick.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Jolie McLaughlin*
Jolie McLaughlin
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 847-6826
jmclaughlin@nrdc.org

_/s/ Adeline S. Rolnick_
Adeline S. Rolnick
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 513-6240
arolnick@nrdc.org

*Counsel for Natural Resources Defense Council*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, I filed the foregoing document with the Clerk of the Court through this Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: September 4, 2026 *<u>/s/ Jolie McLaughlin</u>*