# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1030** **September Term, 2026**

**DOE-86FR73947**
**DOE-88FR69686**
**DOE-88FR87502**

**Filed On:** September 17, 2026

American Gas Association, et al.,

Petitioners

v.

United States Department of Energy and Chris Wright, Secretary, U.S. Department of Energy,

Respondents

------------------------------

City of New York, et al.,
Intervenors

------------------------------

Consolidated with 23-1285, 23-1337

**BEFORE:** Pillard, Wilkins, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the motion to hold the consolidated cases in abeyance, the response in opposition thereto, and the reply, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

Respondents are directed to file status reports at 90-day intervals beginning December 16, 2026.

The parties shall file motions to govern further proceedings in these cases within 30 days of the government's issuance of revised rules.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk